IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUN - 3 2019

Clerk, U S District Court
District Of Montana
Billings

MARK DAVID BLACK EAGLE,

    Plaintiff,

vs.

ERIK SLETTEN,

    Defendant.

CV 17-167-BLG-SPW

ORDER ADOPTING
MAGISTRATE'S FINDINGS
AND RECOMMENDATIONS

The United States Magistrate Judge filed Findings and Recommendations on May 3, 2019. (Doc. 19). The Magistrate recommended the Court dismiss the complaint without prejudice and deny all motions as moot. (Doc. 19 at 3).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

1

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 19) are ADOPTED IN FULL.

IT IS FURTHER ORDERED the complaint (Doc. 1) is dismissed without prejudice and all pending motions are denied as moot.

DATED this 3rd day of June, 2019.

SUSAN P. WATTERS
United States District Judge