UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARK DAVID BLACK EAGLE,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK SLETTEN,<br><br>Defendant. | Case No. CV-17-167 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

The complaint is dismissed without prejudice and all pending motions are denied as moot as entered in the Courts Order E.C.F. 20.

Dated this 4th day of June, 2019.

TYLER P. GILMAN, CLERK

By: /s/ Emily Hamnes
Emily Hamnes , Deputy Clerk